UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

In re:  Douglas J. Watts  
       Tamica R. Watts  
           Debtor.
_____/

Case No. 20-40088-mar  
Chapter 13  
Hon. Mark A. Randon

## ORDER CONFIRMING PLAN

The Debtor's Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 U.S.C. §1325(a) are met.

Therefore, IT IS HEREBY ORDERED that the Debtor's Chapter 13 plan, as last modified, if at all, is confirmed.

IT IS FURTHER ORDERED that the claim of attorney for the Debtor, for the allowance of compensation and reimbursement of expenses is allowed in the total amount of **FEE APPLICATION** in fees and **FEE APPLICATION** in expenses, and that the portion of such claim which has not already been paid, to-wit: **FEE APPLICATION** shall be paid by the Trustee as an administrative expense of this case.

IT IS FURTHER ORDERED that the Debtor shall maintain all policies of insurance on all property of the Debtor and this estate as required by law and contract.

All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 U.S.C. §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

IT IS FURTHER ORDERED as follows: [*Only provisions checked below apply*]

XX  Ally Financial shall have a Class 5.1 Trustee paid claim in the amount of $539.08 per month to be paid over 60 months.

XX  Home Point Financial supplemental claim for Post-Petition Mortgage Fees in the amount of $900.00 shall be treated as a Trustee paid Class 5.2 claim.

XX  Debtors shall amend Schedules I and J, and provide verification of income to the Trustee within 45 days of Mr. Watts' reassignment locally.

XX  The plan payment shall be increased to $2013.00 semi-monthly effective April 1, 2020.

APPROVED

/s/ Margaret Conti Schmidt_____  
KRISPEN S. CARROLL (P49817)  
MARGARET CONTI SCHMIDT (P42945)  
MARIA GOTSIS (P67107)  
Chapter 13 Trustee  
719 Griswold Street  
1100 Chrysler House  
Detroit, MI  48226  
notice@det13ksc.com  

/s/ Robert W. Bishop_____  
Robert W. Bishop (P66345)  
Attorney for Debtor  
24405 Gratiot Ave.  
Eastpointe, MI  48021  
586.775.0600  
bermanbishop@gmail.com

**Signed on April 4, 2020**



/s/ Mark A. Randon

Mark A. Randon
United States Bankruptcy Judge